FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0451

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0451

_____

MARY-ANN YOUNG and AUTUMN
ROSE a/k/a AUTUMN YOUNG,

     Petitioners and Appellants,

  v

HAMMER, HEWITT, JACOBS & FLOCH,
PLLC; HAMMER, QUINN & SHAW, PLLC; and
JOHN DOES 1-10,

     Respondents and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021